Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Frank W. Schermerhorn |
| Debtor 2 (Spouse, if filing) | Erica Schermerhorn |
| United States Bankruptcy Court for the: | Northern District of IL (State) |
| Case number | 13-81868 |

Form 4100R
# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

Name of creditor: **First State Bank**

Court claim no. (if known): _____

Last 4 digits of any number you use to identify the debtor's account: **C H 9 6**

Property address: **1212 Sycamore Road**
Number  Street

**DeKalb**  **IL**  **60115**
City  State  ZIP Code

## Part 2: Prepetition Default Payments

Check one:

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

Check one:

☒ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____ MM/DD/YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:  (a) $ _____

b. Total fees, charges, expenses, escrow, and costs outstanding:  + (b) $ _____

c. **Total.** Add lines a and b.  (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: ___/___/_____ MM/DD/YYYY

Form 4100R                    Response to Notice of Final Cure Payment                    page 1

Debtor 1  Frank W. Schermerhorn          Case number (if known) 13-81868
          First Name  Middle Name  Last Name

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box::

☐ I am the creditor.
☒ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ signature                                 Date 08/20/2018

Print  Dennis  R  Hewitt                        Title Attorney for Creditor
       First Name  Middle Name  Last Name

Company  Hewitt & Wagner

If different from the notice address listed on the proof of claim to which this response applies:

Address  1124  Lincoln Hwy
         Number  Street
         Rochelle         IL    61068
         City             State ZIP Code

Contact phone (815) 562-2704          Email dhewitt@yahoo.com

## PROOF OF SERVICE

The undersigned certifies that a copy of the foregoing Response to Notice of Final Cure Payment was served upon the following:

    Lydia S. Meyer, Trustee

    Attorney Lincoln King

by electronic mail to them on the 20th day of August, 2018.

_____